IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD W. PRINCE ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case Number CIV-05-1479-C |
| ) | |
| ERIC FRANKLIN, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on May 24, 2006. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the Petition for Writ of Habeas Corpus is DISMISSED. A judgment will enter.

IT IS SO ORDERED this th day of July, 2006.

ROBIN J. CAUTHRON
United States District Judge